MAJOROS, APPELLANT, *v.* COLLINS, WARDEN, APPELLEE.

[Cite as *Majoros v. Collins* (1992), 64 Ohio St.3d 442.]

(No. 91-2334—Submitted May 12, 1992—Decided August 26, 1992.)

*Andrew A. Majoros, pro se.*

*Lee I. Fisher,* Attorney General, and *John J. Gideon,* Assistant Attorney General, for appellee.

---

*Per Curiam.*   We affirm the decision of the court of appeals.   We have consistently held that sentencing errors are not jurisdictional and are not cognizable in habeas corpus.   *State ex rel. Wynn v. Baker* (1991), 61 Ohio St.3d 464, 575 N.E.2d 208;   *Blackburn v. Jago* (1988), 39 Ohio St.3d 139, 529 N.E.2d 929;   *Walker v. Maxwell* (1965), 1 Ohio St.2d 136, 30 O.O.2d 487, 205 N.E.2d 394.

*Judgment affirmed.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.